# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| Anthony McReynolds, on behalf of himself and a class of those similarly situated,<br><br>     Plaintiffs,<br><br>vs.<br><br>Wells Fargo Financial, Inc. and Wells Fargo Financial Idaho, Inc., Wells Fargo Financial Oregon, Inc. d/b/a Wells Fargo Financial and Wells Fargo Financial Acceptance, and DOES 1-50,<br><br>     Defendants. | Case No.: 1:08-cv-00183-EJL<br><br>**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE** |

  Plaintiff, by his attorneys, hereby dismisses the above referenced matter without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: 8/4/08        By: s/Bryan J. Schwartz
                  Bryan J. Schwartz (CA State Bar No. 209903)
                  schwartz@nka.com
                  (admitted *pro hac vice*)
                  NICHOLS KASTER, LLP
                  One Embarcadero Center
                  Ste. 720
                  San Francisco, CA 94111
                  Telephone: 415-277-7235
                  Facsimile: 415-277-7238

                  Cynthia J. Woolley (ID State Bar No. 6018)
                  cynthia@ketchumidaholaw.com
                  180 First Street West, Suite 107
                  P.O. Box 6999
                  Ketchum, ID 83340
                  Telephone: 208-725-5356
                  Facsimile: 208-725-5569

                  Attorneys for Plaintiff